# EXHIBIT A

## Product and Synthetic Ingredient List

**Purezero® Apple Cider Vinegar Shampoo**.................................................................. 1

**Purezero® Apple Cider Vinegar Conditioner**........................................................... 2

**Purezero® Biotin Shampoo** ................................................................................................ 3

**Purezero® Biotin Conditioner** ........................................................................................ 4

**Purezero® Biotin Strengthening Mask**........................................................................ 5

**Purezero® Coconut Milk Shampoo**................................................................................ 6

**Purezero® Coconut Milk Conditioner**......................................................................... 7

**Purezero® Coconut Milk Moisturizing Serum** ........................................................ 8

**Purezero® Hemp with Bamboo Extract Shampoo** ................................................ 9

**Purezero® Hemp with Bamboo Extract Conditioner** ........................................ 10

**Purezero® Kale Shampoo** ................................................................................................ 11

**Purezero® Kale Scalp Renewal Conditioner** ......................................................... 12

**Purezero® Kale Cleansing Conditioner**.................................................................. 13

**Purezero® Moroccan Argan Oil Shampoo**.............................................................. 14

**Purezero® Moroccan Argan Oil Conditioner** ...................................................... 15

**Purezero® Moroccan Argan Oil Repairing Serum** ............................................ 16

**Purezero® Mousse** .............................................................................................................. 17

**Purezero® Non-Aerosol Hairspary** ............................................................................ 18

**Purezero® Sea Salt Spray** ............................................................................................... 19

# Purezero® Apple Cider Vinegar Shampoo



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Polysorbate-20; Glycerin; Fragrance; Polyquaternium-10; Peg-120 Methyl Glucose Dioleate

Purezero® Apple Cider Vinegar Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Dimethiconol; Polyquaternium-10; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol

# Purezero® Biotin Shampoo



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Polyquaternium-10; Peg-120 Methyl Glucose Dioleate

# Purezero® Biotin Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Dimethiconol; Polyquaternium-10; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol

Purezero® Biotin Strengthening Mask



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Cetyl Alcohol; Dimethicone; Cyclopentasiloxane

## Purezero® Coconut Milk Shampoo



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Polyquaternium-10; Peg-120 Methyl Glucose Dioleate

## Purezero® Coconut Milk Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Dimethiconol; Polyquaternium-10; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol

# Purezero® Coconut Milk Moisturizing Serum



**Synthetic Ingredients:** Dimethiconol; Cyclopentasiloxane; Fragrance

Purezero® Hemp with Bamboo Extract Shampoo



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Polyquaternium-10; Peg-120 Methyl Glucose Dioleate

9

Purezero® Hemp with Bamboo Extract Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Dimethiconol; Polyquaternium-10; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol

Purezero® Kale Shampoo



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Polyquaternium-10; Peg-120 Methyl Glucose Dioleate

Purezero® Kale Scalp Renewal Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Dimethiconol; Polyquaternium-10; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol

Purezero® Kale Cleansing Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol; Amodimethicone

Purezero® Moroccan Argan Oil Shampoo



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Polyquaternium-10; Peg-120 Methyl Glucose Dioleate

Purezero® Moroccan Argan Oil Conditioner



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Glycerin; Fragrance; Dimethiconol; Polyquaternium-10; Polyquaternium-37, Ppg-1 Trideceth-6; Cyclopentasiloxane; Propylene Glycol Dicaprylate/Dicaprate; Cetearyl Alcohol

Purezero® Moroccan Argan Oil Repairing Serum



**Synthetic Ingredients:** Dimethiconol; Cyclopentasiloxane; Fragrance;

## Purezero® Mousse



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Polysorbate-20; Fragrance

Purezero® Non-Aerosol Hairspary



**Synthetic Ingredients:** Fragrance; PEG-12 Dimethicone

Purezero® Sea Salt Spray



**Synthetic Ingredients:** Phenoxyethanol; Ethylhexylglycerin; Fragrance