IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL D. BINAKONSKY, *on behalf of herself and all others similarly situated,*<br><br>    Plaintiff,<br><br> v.<br><br>JM BRANDS LLC,<br><br>    Defendant. | Civil Action No. 2:21-cv-00444-NR |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant JM Brands LLC's ("JM Brands") Motion to Dismiss Plaintiff Rachel Binakonsky's ("Plaintiff") Complaint, any opposition thereto, and the record of the case, it is this _____ day of _____, 2021, hereby:

ORDERED that JM Brands' Motion is GRANTED, and it further

ORDERED that all claims asserted against JM Brands in Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

SO ORDERED.

                        _____
                        Judge J. Nicholas Ranjan
                        U.S. District Court Judge

Copies to:

All counsel of record