**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Rachel D. Binakonsky, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 2:21-cv-00444-NR |
| JM Brands LLC, | ) ) | |
| Defendant. | ) ) ) | |

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff Rachel D. Binakonsky and Defendant JM Brands LLC, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with all parties on each side to bear its, her, or his own costs and attorneys' fees.

Respectfully submitted,

Dated: October 19, 2022

**SEYFARTH SHAW LLP**

*/s/* Kristine Argentine
Kristine Argentine, Esq.
233 S. Wacker Drive, Suite 8800
Chicago, IL 60606-6448
Tel.: 312-460-5332
Fax: 312-460-7332
kargentine@seyfarth.com

*Counsel for Defendant*
*JM Brands LLC*

Dated: October 19, 2022

**THE KEETON FIRM LLC**

*/s/* Steffan T. Keeton

Steffan T. Keeton, Esq.
100 S. Commons, Suite 102
Pittsburgh, PA 15212
1-888-412-5291
stkeeton@keetonfirm.com

*Counsel for Plaintiff*
*Rachel D. Binakonsky*